**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kinjta Kadeem Sadler, Appellant.

Appellate Case No. 2013-000105

―――――――――――

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2015-UP-013
Submitted November 1, 2014 – Filed January 14, 2015

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Robert M. Pachak, of Columbia; and
Kinjta Kadeem Sadler, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.